UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-6122-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                **O R D E R**

SEAN JOHNSON,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Sean Johnson's Motion To Reduce Sentence (DE 87). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Defendant Sean Johnson previously moved for a reduction of his sentence under the retroactive amendment to the sentencing guidelines for offenses involving cocaine base. See DE 87. By prior Order (DE 88) the Court denied said Motion. The Defendant appealed this Court's Order, and the United States Court of Appeals for the Eleventh Circuit vacated this Court's prior Order and remanded for further consideration and explanation. Specifically, the Eleventh Circuit vacated the Court's prior Order and directed the Court to re-calculate Defendant's guidelines and consider again the statutory factors set forth in 18 U.S.C. § 3553 when ruling upon Defendant's Motion.

Defendant was charged with a two-count Indictment for (1) possession with intent to distribute cocaine and (2) possession

with intent to distribute cocaine base. He was found guilty by a jury on both counts. At the time of his sentencing, his guideline range was 188-235 months.

In March of this year, the United States Sentencing Commission amended the guidelines for offenses involving cocaine base. Under this amendment, Defendant's offense level was reduced by two levels, reducing his guideline range from 188-235 months to 151-188 month's imprisonment. Considering the reduction of Defendant's guideline range and all the statutory factors set forth under 18 U.S.C. § 3553, the Court would still impose its original sentence of 235 months.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Sean Johnson's Motion To Reduce Sentence (DE 87) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of NOVEMBER, 2008.

WILLIAM J. ZLOCH
United States District Judge

All Counsel of Record